UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
LAMAR BROWN, on behalf of himself and
all others similarly situated,

               Plaintiffs,

            Case No. 23-cv-03753(RA)

     v.

            **STIPULATION OF DISMISSAL**
            **WITH PREJUDICE**

RANCHO GORDO, INC.,

               Defendant.

---------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties that this action be and is hereby withdrawn, discontinued and dismissed with prejudice against Defendant Rancho Gordo, Inc., without costs or attorneys' fees against any party.

| | |
|---|---|
| Dated: New York, New York<br>      September 1, 2023 | Dated: New York, New York<br>      September 1 2023 |
| MARS KHAIMOV LAW, PLLC | FISHER & PHILLIPS LLP |
| By: _____<br>Mars Khaimov, Esq.<br>108-26 64th Avenue, Second Floor<br>Forest Hills, New York 11375<br>Tel. (929)-324-0717<br>mars@khaimovlaw.com | By: _____<br>Justin W. Reiter<br>Times Square Tower<br>7 Times Square, Suite 4300<br>New York, NY 10036<br>Tel. (212) 899-9960<br>jreiter@fisherphillips.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED.

_____
Hon. Ronnie Abrams
United States District Judge
09/12/2023

FP 48111896.1